IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 6:20-CR-85 |
| | § | JUDGES KERNODLE/LOVE |
| STEVIE RENO HOOKER, JR. | § | |

## <u>NOTICE OF PLEA AGREEMENT</u>

The United States of America, by and through its United States Attorney, would

show the Court that the defendant, **Stevie Reno Hooker, Jr.,** and the government have

entered into a written plea agreement in relation to the charges now pending before this

Court.

Respectfully submitted,

NICHOLAS J. GANJEI
ACTING UNITED STATES ATTORNEY


 _/s/ Lucas Machicek_
LUCAS MACHICEK
Assistant United States Attorney
Texas Bar No. 24064230
110 North College, Suite 700
Tyler, Texas 75702
(903) 590-1400

**Notice of Plea Agreement - Page  1**

## <u>CERTIFICATE OF SERVICE</u>

On February 26, 2021, I, Lucas Machicek, Assistant United States Attorney for the

Eastern District of Texas, the attorney of record for the United States of America herein,

do certify that a true and correct copy of the foregoing instrument was filed with the

Clerk of the District Court using the CM/ECF system and notification of such filing was

sent to counsel for defendant.

       _/s/ Lucas Machicek_        
       LUCAS MACHICEK