IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | Case No. 6:20-CR-85 |
| v. | § | |
| | § | JUDGES KERNODLE/LOVE |
| STEVIE RENO HOOKER, JR. | § | |

## ELEMENTS OF THE OFFENSE

You are charged in Count Two of the indictment with a violation of 18 U.S.C. § 922(g)(1), felon in possession of a firearm. The essential elements which must be proven to establish a violation of this offense are:

FIRST: That you knowingly possessed a firearm as charged;

SECOND: That before you possessed the firearm, you had been convicted in a court of a crime punishable by a term of imprisonment exceeding one year;

THIRD: That you knew you had been convicted in a court of a crime punishable by a term of imprisonment exceeding one year; and

FOURTH: That the firearm possessed traveled in interstate or foreign commerce; that is, before you possessed the firearm, it had traveled at some time from one state to another or between any part of the United States and any other country.

Respectfully submitted,

NICHOLAS J. GANJEI
ACTING UNITED STATES ATTORNEY

*/s/ Lucas Machicek*
LUCAS MACHICEK
ASSISTANT U.S. ATTORNEY
Texas Bar No. 24064230
110 North College Avenue, Suite 700
Tyler, Texas 75702
(903) 590-1400

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Elements of the Offense has been served on counsel of record for the defendant via ECF on this, the 26th day of February, 2021.

                                              */s/ Lucas Machicek*
                                              LUCAS MACHICEK